UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-301-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) |
| Vs. | ) ) **ORDER** ) |
| **JOHN ANTHONY ROWE**, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is on the Government's Motion to Amend/Correct Judgment to Add Restitution. (Doc. No. 28). The motion is **GRANTED**.

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A, restitution in the amount of $22,500 is granted to victim Victra. Payments to be made to:

Victra
C/O Cristina Hanson, Director of Asset Protection
8510 Colonnade Center Drive
Raleigh, North Carolina 27615

Signed: November 18, 2020

Max O. Cogburn Jr
United States District Judge